MARLIN & SALTZMAN
STANLEY D. SALTZMAN, ESQ. (SBN 090058)
DAVID C. LEIMBACH, ESQ. (SBN 2645409)
29229 Canwood Street, Suite 208
Agoura Hills, CA  91301
Telephone:	818.991.8080
Facsimile:	818.991.8081
Email: ssaltzman@marlinsaltzman.com
       dleimbach@marlinsaltzman.com

Attorneys for Plaintiff ALEXANDRA BERNAL, individually and on behalf of all others similarly situated

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:	(916) 341-0404
Facsimile:	(916) 341-0141
Email: austinn@jacksonlewis.com

Attorneys for Defendant ZUMIEZ INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEXANDRA BERNAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:16-CV-01802-TLN-KJN<br><br>**STIPULATION RE:  EXTENSION OF TIME UNTIL OCTOBER 20, 2016 FOR DEFENDANT ZUMIEZ INC. TO RESPOND TO COMPLAINT;  ORDER** |
|---|---|

Pursuant to Local Rule 144 (a), Plaintiff ALEXANDRA BERNAL, individually and on behalf of all others similarly situated and Defendant ZUMIEZ INC., by and through their respective attorneys of record, Stanley D. Saltzman and David C. Leimbach and Nathan W. Austin, stipulate as follows:

1.	One extension for 28 days has been previously obtained.

2.	The parties agree to extend the deadline for Defendant ZUMIEZ INC. to respond to the complaint for thirty (30) days is granted an extension until October 20, 2016.

3.  This extension is for the benefit of both parties to allow Plaintiff the opportunity to amend the Private Attorneys General Act ("PAGA"), California Labor Code section 2698 *et seq.*, and to allow Plaintiff to further evaluate the merits of her allegations pending the oral argument before the 9th Circuit Court of Appeals in *Mayra Casa v. Victoria's Secret Stores, LLC*, Case No. 15-56162 scheduled for October 5, 2016.

4.  Defendant ZUMIEZ INC.'s response will be due no later than October 20, 2016.

IT IS SO STIPULATED effective as of September 20, 2016.

Respectfully submitted,

Dated: September 20, 2016     MARLIN & SALTZMAN

By: */s/ David C. Leimbach (as authorized on 09.20.16)*
    STANLEY D. SALTZMAN
    DAVID C. LEIMBACH

Attorney for Plaintiff
ALEXANDRA BERNAL individually and on behalf of all others similarly situated

Dated: September 20, 2016     JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
    NATHAN W. AUSTIN

Attorneys for Defendant
ZUMIEZ INC.

## ORDER

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that Defendant ZUMIEZ INC.'s response to Plaintiff's complaint will be due no later than October 20, 2016.

**IT IS SO ORDERED.**

Dated: September 21, 2016

Troy L. Nunley
United States District Judge