UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXANDRA BERNAL and ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ZUMIEZ, INC., and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 2:16-cv-01802-SB<br><br>**ORDER DISMISSING PLAINTIFF ALEXANDRA BERNAL** |

　　　　Before the Court is the parties' Stipulation to Dismiss Alexandra Bernal as a Class Representative, ECF No. 18. The parties jointly aver that Plaintiff Alexandra Bernal wishes to withdraw as a class representative, that her claims should be dismissed, and that Plaintiff Alexia Herrera shall continue to serve as a putative class representative. Because the parties so stipulate, the Court finds good cause to enter the stipulation and dismiss Ms. Bernal's claims.

//
//
//
//

**ORDER DISMISSING PLAINTIFF ALEXANDRA BERNAL ^** 1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The claims of Plaintiff Alexandra Bernal are **DISMISSED WITHOUT PREJUDICE**. Each side shall bear its own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 27th day of February, 2017.

_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING PLAINTIFF ALEXANDRA BERNAL ^ 2**