UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXANDRA BERNAL and ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUMIEZ, INC., and Does 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-01802-SB<br><br>**ORDER CONTINUING CLASS CERTIFICATION DEADLINE** |

Before the Court is the parties' Joint Stipulation to Continue Class Certification Briefing Schedule, ECF No. 22. Defendant filed a Motion for Judgment on the Pleadings on May 9, 2017 and the parties jointly agree that it would be efficient for the Court to determine the underlying legal issues before class discovery and certification is sought.

The Court agrees, and will extend by six months the deadline by which Plaintiff may file her motion for class certification. The new deadline is December 2, 2017.

//

//

**ORDER CONTINUING CLASS CERTIFICATION DEADLINE ^ 1**

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The deadline to file Plaintiff's Motion for Class certification is extended from June 2, 2017 to **December 2, 2017**. The parties shall file a stipulation on deadlines for responses, replies, and for hearing with or without oral argument by **December 2, 2017**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of May, 2017.

Stanley A. Bastian
United States District Judge