UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMIEZ, INC., and Does 1 through 10, inclusive,<br><br>    Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE** |

    The Court held a telephonic scheduling conference in the above-captioned matter on June 30, 2020. Defendant was represented by Nathan Austin. Plaintiff's counsel did not appear. After the hearing, Plaintiff filed a notice reporting that the conference was inadvertently calendared for July 30, not June 30. ECF No. 49. In order to ensure that all parties are heard from, the Court reset the telephonic scheduling conference. This Order memorializes the Court's oral orders.

//

//

//

//

//

**ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE \* 1**

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. A telephonic scheduling conference is scheduled in the above-captioned matter for **July 21, 2020** at **9:30 a.m.** Parties shall call the Court's conference line at **1-888-636-3807**, access code **8839796**.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of June 2020.

_____
Stanley A. Bastian
United States District Judge

**ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE * 2**