UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ZUMIEZ, INC., and Does 1 through 10, inclusive,<br><br>　　　Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER SETTING DEADLINES RE: AMENDED COMPLAINT, CLASS CERTIFICATION BRIEFING** |

　　　The Court held a telephonic scheduling conference in the above-captioned matter on July 21, 2020. Plaintiff was represented by Cody Kennedy and Defendant was represented by Nathan Austin. During the hearing, counsel and the Court discussed potential deadlines for filing an amended complaint and a motion for class certification, as well as potential discovery issues, This Order memorializes the Court's oral orders.

　　　Accordingly, **IT IS HEREBY ORDERED THAT**:

　　　1. Plaintiff shall file and serve an Amended Complaint no later than **September 4, 2020**.

　　　2. Plaintiff shall file a Motion for Class Certification no later than **April 15, 2021**.

**ORDER SETTING DEADLINES RE: AMENDED COMPLAINT, CLASS CERTIFICATION BRIEFING * 1**

3. Defendant shall file its response no later than **June 15, 2021**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 21st day of July 2020.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER SETTING DEADLINES RE: AMENDED COMPLAINT, CLASS CERTIFICATION BRIEFING * 2**