UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER VACATING BRIEFING DEADLINES AND SETTING STATUS CONFERENCE** |

Before the Court is the parties' Joint Stipulation to Vacate Briefing Schedule Pending Mediation, ECF No. 55. The stipulation was considered without oral argument. Plaintiff is represented by Cody Kennedy and Stanley Saltzman. Defendant is represented by Nathan Austin and Evan Beecher.

The parties state that they have scheduled a mediation in this case for June 23, 2021. Thus, the parties request that the Court vacate the briefing deadlines for class certification pending mediation. The parties also request that the Court set a status conference a month after the mediation date to set a new briefing schedule, depending on the outcome of the mediation. The Court finds good cause to accept the stipulation.

//

**ORDER VACATING BRIEFING DEADLINES AND SETTING STATUS CONFERENCE** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation to Vacate Briefing Schedule Pending Mediation, ECF No. 55, is **accepted** and **entered into the record**.

2. All briefing deadlines are **VACATED**.

3. The Court **sets** a status conference for **July 22, 2021** at **9:30 a.m.** by **telephone**. The parties shall call the Court's toll-free conference line at (888) 636-3807 and enter access code 8839796. The parties shall follow the automated instructions to ensure that they are added to the conference in a timely manner.

4. On or before July 12, 2021, the parties **shall** submit a joint status certificate, indicating the status of the case and proposing a new briefing schedule if necessary.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of April 2021.

*/s/ Stanley A. Bastian*
_____
Stanley A. Bastian
United States District Judge

**ORDER VACATING BRIEFING DEADLINES AND SETTING STATUS CONFERENCE # 2**