# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

    Before the Court is the parties' Joint Stipulation and Request for Continuance of July 22, 2021 Status Conference, ECF No. 57. The stipulation was considered without oral argument. Plaintiff is represented by Cody Kennedy and Stanley Saltzman. Defendant is represented by Nathan Austin and Evan Beecher.

    The parties state that they reached an agreement through mediation and are currently in the process of drafting a long-form settlement agreement. The parties also state that, once the final settlement agreement has been executed, they will present the Court with a proposed briefing schedule for Plaintiff's Motions for Preliminary/Final Approval of Class Action Settlement and related Motion for Approval of Attorney Fees, Costs, and Incentive Awards. However, in the meantime, the parties request that the Court continue the status conference

**ORDER CONTINUING STATUS CONFERENCE # 1**

scheduled for July 22, 2021 to give them more time to complete the settlement agreement. The Court finds good cause to accept the stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation and Request for Continuance of July 22, 2021 Status Conference, ECF No. 57, is **accepted** and **entered into the record**.

2. The Court **continues** the status conference currently set for July 22, 2021 to **Thursday, August 26, 2021** at **9:30 a.m.** by **telephone**. The parties shall call the Court's toll-free conference line at (888) 636-3807 and enter access code 8839796. The parties shall follow the automated instructions to ensure that they are added to the conference in a timely manner.

3. On or before **August 23, 2021**, the parties **shall** submit a joint status certificate, proposing a new briefing schedule for approval of class action settlement and attorneys' fees.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of July 2021.

_____
Stanley A. Bastian
United States District Judge

**ORDER CONTINUING STATUS CONFERENCE # 2**