1

2
**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 090058)
Cody R. Kennedy, Esq. (SBN 296061)

3
29800 Agoura Road, Suite 210
Agoura Hills, California  91301

4
Telephone:      (818) 991-8080
Email: ssaltzman@marlinsaltzman.com

5
        ckennedy@marlinsaltzman.com

6
Attorneys for Plaintiff ALEXIA HERRERA,
individually and on behalf of all others similarly

7
situated

8
**JACKSON LEWIS P.C.**

9
Nathan W. Austin, Esq. (SBN 219672)
400 Capitol Mall, Suite 1600

10
Sacramento, California 95814
Telephone:      (916) 341-0404

11
Email: nathan.austin@jacksonlewis.com

12
Attorneys for Defendant ZUMIEZ INC.

13
UNITED STATES DISTRICT COURT

14
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

15
ALEXANDRA BERNAL and ALEXIA
HERRERA, individually and on behalf of all

16
others similarly situated,

17
                       Plaintiff,

18
            v.

19
ZUMIEZ, INC., and DOES 1 through 10,
inclusive,

20
                       Defendants.

21

CASE NO.  2:16-CV-01802-SB

**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF DECEMBER 9,  2021 STATUS CONFERENCE; [PROPOSED] ORDER**

22
    Plaintiff ALEXIA HERRERA, individually and on behalf of all others similarly situated

23
("Plaintiff"), and Defendant ZUMIEZ INC. ("Defendant") (collectively the "Parties"), by and

24
through their respective attorneys of record, Stanley D. Saltzman, Esq., of Marlin & Saltzman LLP

25
and Nathan W. Austin, Esq., of Jackson Lewis P.C., submit the following joint stipulation:

26
///

27
///

28
///

1     1.     WHEREAS, following a successful mediation before esteemed mediator David

2   Rotman, the Parties have reached a settlement agreement in principle regarding the claims asserted

3   in this action and have executed a Memorandum of Understanding.

4     2.     WHEREAS, the Parties are continuing work in the process of approving a long-

5   form settlement agreement for execution.

6     3.     WHEREAS, following the execution of the final settlement agreement, the parties

7   intend to provide the Court with a proposed briefing schedule for the Plaintiff's Motions for

8   Preliminary/Final Approval of Class Action Settlement and related Motion for Approval of

9   Attorney Fees, Costs, and Incentive Awards.

10     4.     WHEREAS, the Parties request that the currently set Status Conference be

11   continued by approximately thirty (30) days to allow the execution of the contemplated Settlement

12   Agreement to be completed.

13     IT IS HEREBY STIPULATED, by and between the Parties, through their attorneys of

14   record, that:

15     1.     The upcoming Status Conference, currently scheduled for December 9, 2021, shall

16   be continued to January 9, 2022, or as soon after as convenient for the Court.

17   DATED:  December 3, 2021     **MARLIN & SALTZMAN**

18     By: */s/ Cody R. Kennedy (as authorized on 12.03.21)*
19        STANLEY D. SALTZMAN
        CODY R. KENNEDY

20     Attorney for Plaintiff
     ALEXIA HERRERA individually and on behalf of
21     all others similarly situated

22

23   DATED:  December 3, 2021     JACKSON LEWIS P.C.

24     By: */s/ Nathan W. Austin*
        NATHAN W. AUSTIN

25     Attorneys for Defendant
26     ZUMIEZ INC.

27

28

1

## [PROPOSED] ORDER

2    After reviewing the Parties' Stipulation and Request for Continuance of December 9, 2021,

3 Status Conference, and good cause appearing therefor,

4    **IT IS HEREBY ORDERED** that the Telephonic Status Conference scheduled for

5 December 9, 2021, is hereby continued to January _____, 2022, at 9:30 a.m.

6

7  DATED: _____, 2021

8                                        Hon. Stanley A. Bastian
                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28