# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

    Before the Court is the parties' Joint Stipulation and Request for Continuance of December 9, 2021, Status Conference, ECF No. 67. The stipulation was considered without oral argument. Plaintiff is represented by Cody Kennedy and Stanley Saltzman. Defendant is represented by Nathan Austin.

    The parties state that they reached an agreement through mediation and are still working on drafting and approving a long-form settlement agreement. Thus, the parties once again request that the Court continue the status conference scheduled for December 9, 2021 to give them more time to complete the settlement agreement and prepare a proposed briefing schedule for Plaintiff's Motion for Preliminary/Final Approval of Class Action Settlement and Motion for Approval of Attorney Fees, Costs, and Incentive Awards.

**ORDER CONTINUING STATUS CONFERENCE # 1**

The Court accepts the stipulation and continues the status conference for 60 days. However, **this will be the last continuance**. Thus, the parties shall be prepared to finalize their settlement agreement and propose a briefing schedule by the next status conference.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation and Request for Continuance of December 9, 2021, Status Conference, ECF No. 67, is **accepted** and **entered into the record**.

2. The Court **continues** the status conference currently set for December 9, 2021 to **February 25, 2022** at **11:30 a.m.** by **telephone**. The parties shall call the Court's toll-free conference line at **(888) 636-3807** and enter access code **8839796**. The parties shall follow the automated instructions to ensure that they are added to the conference in a timely manner.

3. On or before **February 18, 2022**, the parties **shall** submit a joint status certificate, proposing a new briefing schedule for approval of class action settlement and attorneys' fees.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of December 2021.

*[Signature: Stanley A. Bastian]*

Stanley A. Bastian
United States District Judge

**ORDER CONTINUING STATUS CONFERENCE # 2**