# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER SETTING CLASS ACTION SETTLEMENT SCHEDULE** |

　　　Before the Court is the parties' Amended Joint Statement and Status Certificate, ECF No. 71. Plaintiff is represented by Cody Kennedy and Stanley Saltzman. Defendant is represented by Nathan Austin.

　　　The parties report that they have approved a long-form settlement agreement that disposes of all of the claims in the actions, which is now awaiting final signatures. The parties have also submitted a proposed scheduling for their class action settlement.

//
//
//
//

**ORDER SETTING CLASS ACTION SETTLEMENT SCHEDULE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The telephonic status conference on February 25, 2022 is **STRICKEN**.

2. The parties shall file a motion for preliminary approval of class action settlement no later than **April 4, 2022**.

3. The Court **sets** a videoconference hearing on the motion for preliminary approval of class action settlement on **April 26, 2022** at **10:00 a.m.** Case participants will be provided with separate call-in details by email from the Court's staff.

4. If, after this hearing, the Court issues an Order Granting Preliminary Approval of Class Action Settlement:

    a. The parties shall submit class member information to the settlement administrator no later than **fourteen (14)** days after the entry of such an Order.

    b. The settlement administrator shall mail notice and notice of settlement award form to class members no later than **thirty (30)** days after the entry of such an Order.

        i. If any class members wish to opt out of the settlement, class members must postmark their requests for exclusion no later than **thirty (30)** days after the settlement administrator has mailed notice.

5. Assuming the Court grants preliminary approval of the class action settlement, the Court **sets** a videoconference hearing for a final fairness hearing and final approval of class action settlement on **June 21, 2022** at **10:00 a.m.** Case participants will be provided with separate call-in details by email from the Court's staff.

**ORDER SETTING CLASS ACTION SETTLEMENT SCHEDULE # 2**

a. No later than **June 6, 2022**, the parties shall file a motion for final approval of class action settlement and a motion for attorneys' fees, costs, and enhancement award.

b. No later than **June 6, 2022**, the settlement administrator shall file a Declaration of Due Diligence and Proof of Mailing.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 24th day of February 2022.

_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING CLASS ACTION SETTLEMENT SCHEDULE # 3**