UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ALEXIA HERRERA, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br>　　v.<br>ZUMIEZ, INC., and DOES 1 through 10, inclusive,<br>　　Defendants. | No. 2:16-CV-01802-SB<br><br>**ORDER CONTINUING CLASS ACTION SETTLEMENT FINAL APPROVAL HEARING** |

　　Before the Court is the parties' Joint Stipulation and Request for Continuance of Class Action Settlement Final Approval Hearing, ECF No. 77. The stipulation was considered without oral argument.

　　The parties request that the Court continue the date for the class action settlement final approval hearing to give class members sufficient time to opt out. The Court finds good cause to accept the stipulation.

//
//
//
//
//

**ORDER CONTINUING CLASS ACTION SETTLEMENT FINAL APPROVAL HEARING # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation and Request for Continuance of Class Action Settlement Final Approval Hearing, ECF No. 77, is **accepted** and **entered into the record**.

2. The final fairness hearing and final approval of class action settlement currently set for June 21, 2022 is **RESET** to **July 26, 2022** at **11:00 a.m.** by videoconference. Case participants will be provided with separate call-in details by email from the Court's staff.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 31st day of May 2022.

*[signature: Stanley A. Bastian]*

Stanley A. Bastian
United States District Judge

**ORDER CONTINUING CLASS ACTION SETTLEMENT FINAL APPROVAL HEARING # 2**